UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>IVAN GONZALEZ-CORPORAN, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:03-CR-176 JCM<br><br>ORDER |

Presently before the court is *United States v. Gonzales-Corporan*, case no. 2:03-cr-00176-JCM. Ivan Gonzales-Corporan ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to his sentence. (ECF No. 159).

Briefing shall proceed as follows: respondent has thirty (30) days from the date of this order to file a response. Thereafter, petitioner has thirty (30) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 159) no later than thirty (30) days from the date of this order. Petitioner shall file a reply within thirty (30) days thereafter.

DATED September 7, 2016.

　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**