Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
### April 7, 2020

Name of Offender: **Ivan Gonzalez-Corporan**

Case Number: **2:03CR00176**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **December 22, 2003**

Date of Amended Sentence: **February 21, 2006**

Original Offense: **Bank Robbery**

Original Sentence: **225 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 19, 2019**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term up to 90 days. You must follow the rules and regulations of the center. The Court waives the subsistence charge and fee.

## CAUSE

On January 3, 2020, our office submitted a request to modify the conditions of supervision for Gonzalez-Corporan to include Residential Reentry Center (RRC) for a term up to 90 days due to him being unemployed and reportedly having no familial or other social ties to the District of Nevada. On January 7, 2020, Your Honor agreed with our office's request and Gonzalez-Corporan was placed at our local RRC for a term up to 90 days.

Unfortunately, due to the COVID-19 pandemic, Gonzalez-Corporan remains unemployed and has been unable to find a suitable residence. The undersigned officer would like to have Gonzalez-Corporan continue to reside at our local RRC to allow him an opportunity to focus on searching for full-time employment once the COVID 19 pandemic gets resolved. The United States Probation Office is respectfully requesting Gonzalez-Corporan's conditions of supervision be modified to include up to a 90-day placement at the Las Vegas Residential Re-entry Center to allow him an opportunity to secure employment and adequate housing.

Attached is a Waiver of Hearing to Modify Conditions of Supervised Release, signed by Gonzalez-Corporan on April 6, 2020, for the Court's consideration.

Respectfully submitted,

_____
Joe Nilo
United States Probation Officer

Approved:

_____
Digitally signed by Brian Blevins
Date: 2020.04.07 14:09:16 -07'00'

Brian Blevins
Supervisory United States Probation Officer

### THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

X  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

_____
Signature of Judicial Officer

April 10, 2020
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term up to 90 days. You must follow the rules and regulations of the center. The Court waives the subsistence charge and fee.

Witness _____  Signed _____
       U.S. Probation Officer                            Probationer or Supervised Releasee

_____
Date April 6, 2020