Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 2, 2020**

Name of Offender: **Ivan Gonzalez-Corporan**

Case Number: **2:03CR00176**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **December 22, 2003**

Date of Amended Sentence: **February 21, 2006**

Original Offense: **Bank Robbery**

Original Sentence: **360 Months prison, followed by 60 Months TSR**

Date Supervision Commenced: **July 19, 2019**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Residential Reentry Center** – You must reside in a residential reentry center for a term up to 30 days. You must follow the rules and regulations of the center. The Court waives the subsistence charge and fee.

## CAUSE

On January 3, 2020, our office submitted a request to modify the conditions of supervision for Gonzalez-Corporan to include Residential Reentry Center (RRC) for a term up to 90 days due to him being unemployed and having no familial or other social ties to the District of Nevada. On January 7, 2020, Your Honor agreed with our office's request and Gonzalez-Corporan was placed at our local RRC for a term up to 90 days. On April 7, 2020, our office submitted another request to modify the conditions of supervision to include another 90 days at the RRC due to the COVID-19 pandemic, and as he remained unemployed and unable to find a suitable residence. On April 10, 2020, Your Honor agreed with our recommendation.

RE: Ivan Gonzalez-Corporan

Prob12B
D/NV Form
Rev. June 2014

At this time, Gonzalez-Corporan continues to be unemployed and has not been able to secure a residence due to the "on and off again" lockdown procedures of the facility and Stay at Home orders from this state. The United States Probation Office is respectfully requesting Gonzalez-Corporan's conditions of supervision be modified to include up to a 30-day placement at the Las Vegas Residential Re-entry Center to allow him an opportunity to secure employment and adequate housing. Attached is a Waiver of Hearing to Modify Conditions of Supervised Release, signed by Gonzalez-Corporan on July 1, 2020, for the Court's consideration.

Respectfully submitted,

Margarita Hernandez Powell
2020.07.02 16:43:38 -07'00'

Margarita Hernandez Powell
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2020.07.02 16:17:40 -07'00'

Brian Blevins
Supervisory United States Probation Officer

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

X   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Signature of Judicial Officer

July 6, 2020

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 30 days. You must follow the rules and regulations of the center.

Witness _Ramon Mentes_
Case Manager

Signed _STIAN GONZALEZ_
Probationer or Supervised Releasee

Date _7/1/2020_